# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK HUNG LE, | CASE NO. 16-cv-2302 WQH-RNB |
| Petitioner, | |
| v. | **ORDER** |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation issued by United States Magistrate Judge (ECF No. 11) recommending that the Petition for Writ of Habeas Corpus (ECF No. 1) be denied.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the

parties themselves accept as correct.").

On July 23, 2018, Petitioner moved the Court for an extension of time to file objections. The Court granted the extension and ordered that any objections shall be filed on or before August 20, 2018. (ECF No. 17). No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties. For the reasons stated in the Report and Recommendation, the Court concludes that habeas relief is not warranted on Grounds 1-4 of the Writ of Habeas Corpus.

A certificate of appealability must be obtained by a petitioner in order to pursue an appeal from a final order in a section 2254 habeas corpus proceeding. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b). Pursuant to Rule 11 of the Federal Rules Governing Section 2254 Cases, "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."

A certificate of appealability should be issued only where the petition presents "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "[T]he district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted." *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). A certificate should issue where the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and whether the district court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Upon review of the record in this case, the Court concludes that Petitioner's claims in his Petition are non-frivolous and debatable among reasonable jurists. The Court grants a certificate of appealability as to the following claims: Ground 1, Ground 2, Ground 3 and Ground 4.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 11)

is adopted in its entirety.

IT IS FURTHER ORDERED that Petition for Writ of Habeas Corpus (ECF No. 1) is denied. The Clerk is ordered to enter judgment in favor of Respondent and against Petitioner and to close the case. The Court grants a certificate of appealability as to the following claims: Ground 1, Ground 2, Ground 3 and Ground 4.

DATED: September 24, 2018

**WILLIAM Q. HAYES**
United States District Judge